IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

      Plaintiff,                  No. CIV S-10-0699 GGH P

   vs.

WARDEN MARTEL, et al.,

      Defendants.        <u>ORDER</u>

_____/

        On April 5, 2010, the court dismissed plaintiff's complaint with leave to amend. On April 12, 2010, plaintiff filed a letter addressing the April 5, 2010, order. In the letter, plaintiff appears to dispute the finding that his complaint failed to state a colorable claim for relief.

        The court cannot address the allegations raised in plaintiff's letter. Rather, plaintiff must file an amended complaint addressing the pleading defects discussed in the April 50, 2010, order. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted twenty-eight days from the date of this order to file an amended complaint;

/////

/////

1

2. The Clerk of the Court shall send plaintiff the form for a civil rights complaint.

DATED: April 21, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

john699.ame