IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

      Plaintiff,                     No. CIV S-10-0699 GGH P

  vs.

WARDEN MARTEL, et al.,

      Defendants.             <u>ORDER</u>

_____/

        On March 29, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket #8). By order filed July 13, 2010, the court granted plaintiff twenty-eight days to file a second amended complaint. In the July 13th order, the court informed plaintiff of the deficiencies in his amended complaint. On July 29, 2010, plaintiff filed a response to the screening order that could be construed as a second amended complaint, but the court deemed it entirely insufficient and granted plaintiff an additional twenty-eight days to file a second amended complaint. The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

\\\\\

\\\\\

\\\\\

1

1   For the reasons given in the July 13, 2010, order, IT IS HEREBY ORDERED that
2   this action be dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
3   DATED: October 29, 2010

                                              /s/ Gregory G. Hollows
                                              _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:035
john0699.fta